Case 3:14-cv-02078-VC   Document 1   Filed 05/06/14   Page 1 of 7

FILED
1 of 4
MAY 06 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: __CHEZA__   __KYLE__   __ROBERT__
    (Last)        (First)        (Middle)

Prisoner Number: __13-1051__

Institutional Address: __MERCER County Prison__
__55 Thompson Rd. Mercer PA. 16137__

---

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

KYLE ROBERT CHEZA

CV 14 2078 DMR

(Enter your full name.)

vs.

Ms. Ariadne J. Symons, Judge
Rebekah Young Assistant D.A.
Deborah Voith, Deputy D.A.
Elizabeth Caballero, Public D.

(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Leave blank; to be provided by Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Mercer County Prison__

B. Is there a grievance procedure in this institution?  YES ☐  **NA**  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☐   N.A.

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: __N.A.__
__I am not filing Appeal__

COMPLAINT Page 1 of 4

1   2. First formal level: __N.A.__

4   3. Second formal level: __N.A.__

7   4. Third formal level: __N.A.__

10  E. Is the last level to which you appealed the highest level of appeal available to you?
11     YES ☐     NO ☐     N.A.
12  F. If you did not present your claim for review through the grievance procedure, explain why.
13  __No Answer__

16  **II. Parties.**
17  A. Write your name and present address. Do the same for additional plaintiffs, if any.
18  __KYLE ROBERT CHEZA__
19  __Mercer Co Prison   Mercer Co, PA.__
20  __55 Thompson RD    16137__
21  B. For each defendant, provide full name, official position and place of employment.
22  __Ms. Ariadne J. Symons, Santa Cruz County__
23  __Superior Judge   Santa Cruz, CA.__
24  __Rebekah Young, Assistant District Attorney,__
25  __Santa Cruz, CA.__
26  __Deborah Voith, Deputy Probation Officer__
27  __Santa Cruz, CA.__
28  __Elizabeth Caballero Deputy Alternate__
    __Public Defender__
    __Santa Cruz, CA.__

COMPLAINT *Page 2 of 4*

### III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

May 12 2012 I execped a plea that Invoded banishment From California for one year. Judge Ariadne Symons, D.A. Rebekah Young, P.D. Elizabeth Caballero and, Deputy Probation officer Deborah Voith. Compiled this Deal/Plea. I stated I had upcoming traffic Fix a tickets Court Date, was told Do not worry about that. I stated this plea is a risk for me it may not workout. Three and ½ months into this I Found out I was given a F.T.A. + license Suspended. Even though I was ordered out of the state. I called my P.O. Said I need to go elsewhere Things were not Good I was TOLD NO. Stay In PA. There is much more to Be Brought To Light. Things went Downhill.

### IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I/Plaintiff am Seeking monetary Punitive Damages of $100,000 Also seeking Compensatory damages For legal Fees, mailing Fees and any and all deemed Appropriate. Also Nominal Damages Deemed Appropriate.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 15 day of APRIL, 2014

_(Plaintiff's signature)_

*Please continue to the next page.*

COMPLAINT Page 3 of 4

## MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

OR

 **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 15 day of APRIL, 2014

(Plaintiff's signature)

COMPLAINT *Page 4 of 4*



(Kyle R. Cheza Plaintiff,)

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

v.                                    C.A. No.

Honorable Adriandne J. Symons, et al.
        Defendants,              Jury Trial

# CIVIL RIGHTS COMPLAINT 42 U.S.C. § 1983

## Jurisdiction

A federal court has jurisdiction to a **42 U.S.C. § 1983** Civil Rights Claims pursuant to **28 U.S.C. §§ 1331, 1332.**

## Parties

1. The Honorable Ariadne J. Symons, Judge of the Superior Court of the State of California County of Santa Cruz, Superior Court of the State of California County Santa Cruz, 701 Ocean St., Santa Cruz, CA 95060.

2. Esquire, Rebekah Young, Assistanct District Attorney of Santa Cruz, Santa Cruz County Courthouse, 701 Ocean St., Santa Cruz, CA 95060.

3. Esquire, Elizabeth Cabellero, Deputy Alternate Public Defender of Santa Cruz County, Wallwrath and Associates, Santa Cruz, CA 95060.

4. Deborah Voith, Deputy Probation Officer of Santa Cruz County, Santa Cruz Probation Department, 303 Water St., Santa Cruz, CA 95061.

## CRUEL AND UNUSUAL PUNISHMENT

5. On May 18, 2012, the Honorable Ariadne J. Symons, sentenced the Plaintiff, Kyle Robert Cheza, to a term of 365 days to be served in the Santa Cruz County Jail/the State of Pennsylvania in the custody and supervision of his father Paul Dennis Cheza for Aggravated Trespass.

6. The sentence was grounded on a prior plea negotiation that involved the court of Santa Cruz County, Judge Symons, District Attorney Rebekah Young, and the Public Defender Elizabeth Cabellero, Plaintiff's counsel of record and Probation Officer Deborah Voith.

7. The agreement concluded by said parties was that the defendant/plaintiff would receive a suspended sentence with and additional order to leave the County of Santa Cruz and the State of California and to remain in the custody of the Plaintiff's father, Paul Dennis Cheza, who resides in the Commonwealth of Pennsylvania, Mercer County and report in to California Probation Dept. via phone to Deborah Voith, and was ordered not to leave the State of Pennsylvania for no reason at all.

8. Also, the custody and care of the Plaintiff's father should run current with the an unresolved sentence of probation, and that custody itself was to be served as to the maximum expired term of the suspended sentence/365 days.

9. In addition, the Plaintiff and his father, Paul Dennis Cheza, was ordered to peroidically contact the Santa Cruz County Probation Department in the State of California to inform the Plaintiff's P.O. Deborah Voith of his progress and or contact with law enforcement etc.

**LEGAL MALPRACTICE**

10. The Plantiff's Public Defender, Elizabeth Caberllero, did neither object to the terms and conditions of the plea bargain relating to the immediate banishment of the Plaintiff nor did she explain that the punishment by banishment to another state is prohibited by public policy.

11. Incorporate paragraphs 1 through 9 to the above paragraph and subsection.

**DENIAL OF DUE PROCESS**

12. Incorporate paragraphs 1 through 10 to this subsection.

**CONSPIRACY**

13. Incorporate paragraphs 1 through 10 to this subsection.

**FRAUD**

14. Incorporate paragraphs 1 through 10 to this subsection.

15. The Plaintiff is seeking monetary punitive damages is the sum of $100,000.00.

16. The Planitiff is seeking compensatory damages and legal fees, mailing fees, and any and all fees this Honorable Court deems to be adequate.

17. The Plaintiff is seeking nomial damages that are appropriate by this Honorable Court.

The Plaintiff, Kyle Robert Cheza, named herein do hereby declare under penalty of perjury ( **28 U.S.C. § 1746** ) that he is the Plaintiff herein this action to the United States District Court for the Northern District of California at San Francisco, states that he has read the same and that the same facts set forth herein are true and correct.

Dated: April 15, 2014

Respectfully submitted,

KYLE ROBERT CHEZA

\#

3