





Mr. Kyle R. Cleek
Mercer County Prison
55 Hampton Road
Mercer, PA 16137

United States District Court for the Northern District of California
Clerk's Office
450 Golden Gate Avenue
16th Floor Room 1111
San Francisco, CA 94102-3489