FILED

MAY 0 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2       UNITED STATES DISTRICT COURT

3       NORTHERN DISTRICT OF CALIFORNIA                    **(PR)**

4                                                            DMR

5                                            **CV 14 2078**

6           Plaintiff,                    CASE NO. _____

7   vs.                                   PRISONER'S
                                          APPLICATION TO PROCEED
8                                         IN FORMA PAUPERIS

9           Defendant.

10

11      I, __Kyle RoBERT CHEZA__, declare under penalty of perjury that I am the plaintiff

12  in the above entitled case and that the information I offer throughout this application is true and

13  correct. I offer this application in support of my request to proceed without being required to

14  prepay the full amount of fees and costs or give security. I state that because of my poverty I am

15  unable to pay the costs of this action or give security, and that I believe that I am entitled to

16  relief.

17  IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

18  1.      Are you presently employed?          YES ☐      (NO ☒)

19  If your answer is "yes," state both your gross and net salary or wages per month, and give the
    name and address of your employer:

20  Gross: _____ Net: _____

21  Employer (name and address): _____

22

23  _____

24  If the answer is "no," state the date of last employment and the amount of the gross and net
    salary and wages per month which you received. (If you are imprisoned, specify the last place of
25  employment prior to imprisonment.)

26  _____ DAVE'S LANDSCAPE _____

27  _____ HUBBARD OHIO _____

28  _____ $275 A week — worked 3 months.

1

*PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)*

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, profession or self employment?            YES ☐    NO ☒

    b.   Income from stocks, bonds or royalties?            YES ☐    NO ☒

    c.   Rent payments?            YES ☐    NO ☒

    d.   Pensions, annuities or life insurance payments?            YES ☐    NO ☒

    e.   Federal or state welfare payments, Social Security or other government source?            YES ☐    NO ☒

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.   Are you married?            YES ☐    NO ☒

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____   Net $_____

4.   a.   List amount you contribute to your spouse's support: $ _____

    b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

_____

_____

5.   Do you own or are you buying a home?            YES ☐    NO ☒

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?            YES ☐    NO ☒

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

2

*PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)*

3 oF 4

1  7.      Do you have a bank account?                          YES ☐        NO ☒

2  Name(s) and address(es) of bank (do not include account numbers): _____

3  _____

4  _____

5  Present balance(s):  $ _____

6  Do you own any cash?          YES ☐  NO ☒    Amount: $ _____

7  Do you have any other assets?  YES ☐  NO ☒

8  If "yes," provide a description of each asset and its estimated market value.

9  _____

10 _____

11 8.      What are your monthly expenses?

12 Rent: $ _____  Utilities: _____

13 Food: $ _____  Clothing: _____

14 9.      Do you have any charge accounts/credit cards?        YES ☐        NO ☒

15 If yes, list them below. (Do not include account numbers.)

16 <u>Name of Account</u>          <u>Monthly Payment</u>          <u>Total Owed on This Acct.</u>

17 _____  $ _____  $ _____

18 _____  $ _____  $ _____

19 _____  $ _____  $ _____

20 10.     Do you have any other debts? (List current obligations, indicating amounts and to whom
   they are payable. Do not include account numbers.)  OwE Alliance Collection For my Drivers lisence

21 Restitution Yet Unknown ⌐ 10,000

22

23 11.     Does the complaint you are seeking to file raise claims that have been presented in other
   lawsuits?                                    YES ☐        NO ☒

24

25 If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court
   in which they were filed.

26 _____

27 _____

28 _____

*PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)*

1       I consent to prison officials withdrawing from my trust account and paying to the court

2  the initial partial filing fee and all installment payments required by the court.

3       I declare under the penalty of perjury that the foregoing is true and correct and

4  understand that a false statement herein may result in the dismissal of my claims.

5

6  APRIL 15 2014

7     DATE                        SIGNATURE OF APPLICANT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case Number: _____

1
2
3
4
5
6
7
8
## CERTIFICATE OF FUNDS
9
## IN
10
## PRISONER'S ACCOUNT
11
12
     I certify that attached hereto is a true and correct copy of the prisoner's trust account
13
statement showing transactions of KYLE ROBERT CHEZA for the last six months
     *(Prisoner's name)*
14
Mercer County Jail _____ where (s)he is confined.
    *(Name of Institution)*
15
     I further certify that the average deposits each month to this prisoner's account for the
16
most recent 6-month period were $ 48.48 _____ and the average balance in the prisoner's
17
account each month for the most recent 6-month period was $ 51.66 _____ .
18
19
Dated: April 17 , 2014   Print Name: Bethany Brant _____
20
                Signature: Bethany Brant _____
                                       *Authorized Officer of the Institution*
21
22
                        - Fiscal Administrator
23
24
25
26
27
28

5

# OMS Offender Management System

## Accounting Transactions And Balances

Today's Date: 4/17/14 13:16

Inmate Name: CHEZA, KYLE ROBERT    Current Balance: $14.73    Booking # 13-1051    Permanent # PI-13463

### MAIN Inmate Fund

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| | 10/01/13 12:26 | Balance Forward - Upgrade | 148 | | $0.08 | | | $0.08 |
| 248 | 10/07/13 13:17 | Money Order Deposit | 17680 | | $100.00 | | | $100.08 |
| 923 | 10/07/13 20:18 | Regular Commissary Purchase | 19990 | $99.80 | | | | $0.28 |
| 370 | 10/11/13 12:32 | Money Order Deposit | 57008 | | $100.00 | | | $100.28 |
| 1691 | 10/13/13 13:23 | Phone Withdrawal | 82066 | $2.66 | | | | $97.62 |
| 1697 | 10/13/13 15:13 | Phone Withdrawal | 83265 | $16.89 | | | | $80.73 |
| 1717 | 10/13/13 17:50 | Phone Withdrawal | 85129 | $6.41 | | | | $74.32 |
| 1874 | 10/14/13 19:46 | Regular Commissary Purchase | 105399 | $52.86 | | | | $21.46 |
| 2132 | 10/15/13 20:26 | Phone Withdrawal | 126287 | $2.44 | | | | $19.02 |
| 2588 | 10/19/13 20:14 | Phone Withdrawal | 207281 | $2.71 | | | | $16.31 |
| 601 | 10/21/13 13:57 | Check Deposit | 242465 | | $219.86 | | | $236.17 |
| 3104 | 10/22/13 20:31 | Phone Withdrawal | 268636 | $2.66 | | | | $233.51 |
| 3117 | 10/22/13 20:53 | Regular Commissary Purchase | 268963 | $64.10 | | | | $169.41 |
| 674 | 10/23/13 14:19 | Money Order Deposit | 283535 | | $50.00 | | | $219.41 |
| 3922 | 10/29/13 19:38 | Regular Commissary Purchase | 407404 | $14.45 | | | | $204.96 |
| 3928 | 10/29/13 19:47 | Phone Withdrawal | 407431 | $2.55 | | | | $202.41 |
| 4175 | 11/01/13 15:57 | Phone Withdrawal | 416041 | $3.05 | | | | $199.36 |
| 4330 | 11/02/13 20:37 | Phone Withdrawal | 419841 | $2.88 | | | | $196.48 |
| 4337 | 11/02/13 21:12 | Phone Withdrawal | 419925 | $3.05 | | | | $193.43 |
| 4343 | 11/02/13 21:25 | Phone Withdrawal | 419963 | $2.60 | | | | $190.83 |
| 4419 | 11/03/13 16:00 | Phone Withdrawal | 422478 | $3.05 | | | | $187.78 |
| 4436 | 11/03/13 18:37 | Regular Commissary Purchase | 422829 | $71.65 | | | | $116.13 |
| 4440 | 11/03/13 18:57 | Phone Withdrawal | 422881 | $11.65 | | | | $104.48 |
| 4443 | 11/03/13 19:05 | Phone Withdrawal | 422903 | $9.03 | | | | $95.45 |
| 4452 | 11/03/13 20:00 | Phone Withdrawal | 423031 | $2.71 | | | | $92.74 |
| 4604 | 11/04/13 20:25 | Phone Withdrawal | 426280 | $3.05 | | | | $89.69 |

Accounting Transactions And Balances

Page 1 of 14

| Inmate Name: CHEZA, KYLE ROBERT | | | Current Balance: $14.73 | | Booking # 13-1051 | | Permanent # PI-13463 | |
|---|---|---|---|---|---|---|---|---|
| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
| 4754 | 11/05/13 13:10 | Phone Withdrawal | 428545 | $2.49 | | | | $87.20 |
| 4918 | 11/05/13 21:20 | Phone Withdrawal | 429828 | $9.03 | | | | $78.17 |
| 4982 | 11/06/13 12:54 | Phone Withdrawal | 431782 | $16.89 | | | | $61.28 |
| 5035 | 11/06/13 15:55 | Phone Withdrawal | 432233 | $2.83 | | | | $58.45 |
| 5045 | 11/06/13 17:55 | Phone Withdrawal | 432492 | $2.66 | | | | $55.79 |
| 5050 | 11/06/13 18:06 | Phone Withdrawal | 432523 | $12.52 | | | | $43.27 |
| 5145 | 11/07/13 13:29 | Phone Withdrawal | 435036 | $2.94 | | | | $40.33 |
| 5273 | 11/08/13 16:01 | Phone Withdrawal | 440789 | $3.05 | | | | $37.28 |
| 5277 | 11/08/13 16:21 | Phone Withdrawal | 440877 | $2.38 | | | | $34.90 |
| 5332 | 11/08/13 20:40 | Phone Withdrawal | 442033 | $3.05 | | | | $31.85 |
| 5386 | 11/09/13 13:01 | Phone Withdrawal | 446087 | $2.60 | | | | $29.25 |
| 5391 | 11/09/13 13:13 | Phone Withdrawal | 446157 | $11.65 | | | | $17.60 |
| 5430 | 11/09/13 18:48 | Phone Withdrawal | 448229 | $8.15 | | | | $9.45 |
| 5438 | 11/09/13 19:48 | Phone Withdrawal | 448608 | $3.05 | | | | $6.40 |
| 5897 | 11/12/13 19:52 | Regular Commissary Purchase | 491586 | $6.22 | | | | $0.18 |
| 1205 | 11/13/13 12:39 | Money Order Deposit | 504650 | | $100.00 | | | $100.18 |
| 1216 | 11/13/13 12:39 | Money Order Deposit | 504692 | | $100.00 | | | $200.18 |
| 6036 | 11/13/13 18:05 | Phone Withdrawal | 506743 | $3.05 | | | | $197.13 |
| 6041 | 11/13/13 18:20 | Phone Withdrawal | 506783 | $3.05 | | | | $194.08 |
| 6044 | 11/13/13 18:32 | Phone Withdrawal | 506819 | $2.88 | | | | $191.20 |
| 6049 | 11/13/13 18:48 | Phone Withdrawal | 506863 | $3.05 | | | | $188.15 |
| 6053 | 11/13/13 19:00 | Phone Withdrawal | 506895 | $2.49 | | | | $185.66 |
| 6057 | 11/13/13 19:09 | Phone Withdrawal | 506921 | $2.66 | | | | $183.00 |
| 6099 | 11/13/13 21:27 | Phone Withdrawal | 507291 | $2.38 | | | | $180.62 |
| 6197 | 11/14/13 16:17 | Phone Withdrawal | 509716 | $3.05 | | | | $177.57 |
| 6244 | 11/14/13 20:36 | Phone Withdrawal | 510403 | $3.05 | | | | $174.52 |
| 6252 | 11/14/13 20:54 | Phone Withdrawal | 510491 | $3.05 | | | | $171.47 |
| 6258 | 11/14/13 21:13 | Phone Withdrawal | 510581 | $3.05 | | | | $168.42 |
| 6260 | 11/14/13 21:15 | Phone Withdrawal | 510593 | $2.33 | | | | $166.09 |
| 6267 | 11/14/13 21:30 | Phone Withdrawal | 510674 | $2.94 | | | | $163.15 |

Accounting Transactions And Balances

| Inmate Name: CHEZA, KYLE ROBERT | | | | Current Balance: $14.73 | | Booking # 13-1051 | Permanent # PI-13463 | |

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 6313 | 11/15/13 13:03 | Phone Withdrawal | 515181 | $2.38 | | | | $160.77 |
| 6394 | 11/15/13 20:40 | Phone Withdrawal | 517186 | $2.66 | | | | $158.11 |
| 6476 | 11/16/13 18:59 | Phone Withdrawal | 525347 | $3.05 | | | | $155.06 |
| 6478 | 11/16/13 19:15 | Phone Withdrawal | 525440 | $3.05 | | | | $152.01 |
| 6486 | 11/16/13 19:49 | Phone Withdrawal | 525668 | $2.60 | | | | $149.41 |
| 6495 | 11/16/13 20:23 | Phone Withdrawal | 525893 | $2.49 | | | | $146.92 |
| 6498 | 11/16/13 20:29 | Phone Withdrawal | 525937 | $2.55 | | | | $144.37 |
| 6612 | 11/17/13 20:13 | Phone Withdrawal | 536084 | $3.05 | | | | $141.32 |
| 6620 | 11/17/13 20:28 | Phone Withdrawal | 536218 | $3.05 | | | | $138.27 |
| 6627 | 11/17/13 20:40 | Phone Withdrawal | 536331 | $2.77 | | | | $135.50 |
| 6631 | 11/17/13 20:51 | Phone Withdrawal | 536432 | $2.33 | | | | $133.17 |
| 6637 | 11/17/13 21:08 | Phone Withdrawal | 536599 | $2.99 | | | | $130.18 |
| 6694 | 11/18/13 12:49 | Phone Withdrawal | 545154 | $2.44 | | | | $127.74 |
| 6772 | 11/18/13 18:27 | Phone Withdrawal | 548335 | $3.05 | | | | $124.69 |
| 6782 | 11/18/13 18:45 | Phone Withdrawal | 548524 | $3.05 | | | | $121.64 |
| 6884 | 11/19/13 13:00 | Phone Withdrawal | 559473 | $3.05 | | | | $118.59 |
| 6958 | 11/19/13 15:46 | Phone Withdrawal | 561269 | $2.99 | | | | $115.60 |
| 6964 | 11/19/13 16:01 | Phone Withdrawal | 561453 | $3.05 | | | | $112.55 |
| 6973 | 11/19/13 16:19 | Regular Commissary Purchase | 561665 | $92.10 | | | | $20.45 |
| 6993 | 11/19/13 18:23 | Phone Withdrawal | 563054 | $2.44 | | | | $18.01 |
| 7003 | 11/19/13 18:36 | Phone Withdrawal | 563204 | $2.33 | | | | $15.68 |
| 7139 | 11/20/13 15:24 | Phone Withdrawal | 581503 | $3.05 | | | | $12.63 |
| 7152 | 11/20/13 16:25 | Phone Withdrawal | 582518 | $3.05 | | | | $9.58 |
| 7166 | 11/20/13 18:41 | Phone Withdrawal | 585022 | $3.05 | | | | $6.53 |
| 1481 | 11/21/13 13:19 | Money Order Deposit | 613162 | | $100.00 | | | $106.53 |
| 7288 | 11/21/13 18:26 | Phone Withdrawal | 621731 | $3.05 | | | | $103.48 |
| 7292 | 11/21/13 18:40 | Phone Withdrawal | 622116 | $2.94 | | | | $100.54 |
| 7298 | 11/21/13 18:56 | Phone Withdrawal | 622591 | $3.05 | | | | $97.49 |
| 7299 | 11/21/13 19:03 | Phone Withdrawal | 622796 | $2.27 | | | | $95.22 |
| 7306 | 11/21/13 19:37 | Phone Withdrawal | 623800 | $2.88 | | | | $92.34 |

Accounting Transactions And Balances

Page 3 of 14

Inmate Name: CHEZA, KYLE ROBERT          Current Balance:  $14.73          Booking # 13-1051          Permanent # PI-13463

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 7313 | 11/21/13 20:27 | Phone Withdrawal | 625295 | $2.99 | | | | $89.35 |
| 7318 | 11/21/13 20:42 | Phone Withdrawal | 625742 | $2.99 | | | | $86.36 |
| 7323 | 11/21/13 20:53 | Phone Withdrawal | 626042 | $2.71 | | | | $83.65 |
| 7326 | 11/21/13 21:08 | Phone Withdrawal | 626486 | $2.99 | | | | $80.66 |
| 7359 | 11/22/13 10:50 | Phone Withdrawal | 651931 | $2.66 | | | | $78.00 |
| 7360 | 11/22/13 10:56 | Phone Withdrawal | 652150 | $2.55 | | | | $75.45 |
| 7364 | 11/22/13 11:11 | Phone Withdrawal | 652622 | $2.99 | | | | $72.46 |
| 7525 | 11/23/13 18:50 | Phone Withdrawal | 722412 | $3.05 | | | | $69.41 |
| 7537 | 11/23/13 19:38 | Phone Withdrawal | 724434 | $2.38 | | | | $67.03 |
| 7783 | 11/25/13 19:30 | Phone Withdrawal | 853902 | $2.94 | | | | $64.09 |
| 7785 | 11/25/13 19:36 | Phone Withdrawal | 854131 | $2.33 | | | | $61.76 |
| 7787 | 11/25/13 19:39 | Phone Withdrawal | 854315 | $2.38 | | | | $59.38 |
| 7788 | 11/25/13 19:41 | Phone Withdrawal | 854407 | $2.33 | | | | $57.05 |
| 1590 | 11/26/13 12:18 | Money Order Deposit | 899134 | | $40.00 | | | $97.05 |
| 7837 | 11/27/13 07:58 | Phone Withdrawal | 932518 | $2.33 | | | | $94.72 |
| 7838 | 11/27/13 08:02 | Phone Withdrawal | 932604 | $2.38 | | | | $92.34 |
| 7842 | 11/27/13 10:00 | Phone Withdrawal | 935915 | $2.49 | | | | $89.85 |
| 7894 | 11/27/13 16:02 | Phone Withdrawal | 946060 | $3.05 | | | | $86.80 |
| 7904 | 11/27/13 16:19 | Phone Withdrawal | 946593 | $2.55 | | | | $84.25 |
| 7907 | 11/27/13 16:26 | Phone Withdrawal | 946791 | $2.55 | | | | $81.70 |
| 7920 | 11/27/13 18:13 | Phone Withdrawal | 950268 | $7.28 | | | | $74.42 |
| 7926 | 11/27/13 18:29 | Phone Withdrawal | 950843 | $3.05 | | | | $71.37 |
| 7933 | 11/27/13 18:43 | Phone Withdrawal | 951361 | $2.99 | | | | $68.38 |
| 7945 | 11/27/13 19:31 | Phone Withdrawal | 953216 | $2.83 | | | | $65.55 |
| 7949 | 11/27/13 19:48 | Phone Withdrawal | 953874 | $2.49 | | | | $63.06 |
| 7957 | 11/27/13 20:03 | Phone Withdrawal | 954546 | $3.05 | | | | $60.01 |
| 7970 | 11/27/13 20:45 | Phone Withdrawal | 956322 | $2.38 | | | | $57.63 |
| 8124 | 11/28/13 20:21 | Phone Withdrawal | 1027950 | $2.49 | | | | $55.14 |
| 8158 | 11/28/13 21:27 | Phone Withdrawal | 1032136 | $2.99 | | | | $52.15 |
| 8478 | 12/01/13 15:57 | Phone Withdrawal | 1355999 | $2.66 | | | | $49.49 |

Accounting Transactions And Balances

Page 4 of 14

**Inmate Name: CHEZA, KYLE ROBERT**  Current Balance: $14.73  Booking # 13-1051  Permanent # PI-13463

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 1765 | 12/03/13 13:11 | Money Order Deposit | 1633471 | | $50.00 | | | $99.49 |
| 9064 | 12/03/13 20:53 | Phone Withdrawal | 1652106 | $2.99 | | | | $96.50 |
| 9074 | 12/03/13 21:07 | Regular Commissary Purchase | 1652424 | $49.30 | | | | $47.20 |
| 9334 | 12/05/13 16:14 | Phone Withdrawal | 1711855 | $3.05 | | | | $44.15 |
| 9338 | 12/05/13 16:30 | Phone Withdrawal | 1712208 | $3.05 | | | | $41.10 |
| 9341 | 12/05/13 18:02 | Phone Withdrawal | 1714334 | $2.99 | | | | $38.11 |
| 9401 | 12/05/13 21:29 | Phone Withdrawal | 1719179 | $2.71 | | | | $35.40 |
| 9587 | 12/07/13 20:34 | Phone Withdrawal | 1784200 | $2.71 | | | | $32.69 |
| 9598 | 12/07/13 21:08 | Phone Withdrawal | 1785006 | $3.05 | | | | $29.64 |
| 9999 | 12/10/13 18:48 | Regular Commissary Purchase | 1846713 | $15.30 | | | | $14.34 |
| 10141 | 12/11/13 16:20 | Phone Withdrawal | 1853358 | $2.44 | | | | $11.90 |
| 10168 | 12/11/13 19:51 | Phone Withdrawal | 1854471 | $3.05 | | | | $8.85 |
| 10176 | 12/11/13 20:18 | Phone Withdrawal | 1854626 | $3.05 | | | | $5.80 |
| 2001 | 12/12/13 13:12 | Money Order Deposit | 1859777 | | $150.00 | | | $155.80 |
| 10260 | 12/12/13 16:19 | Phone Withdrawal | 1860753 | $2.83 | | | | $152.97 |
| 10302 | 12/12/13 21:06 | Phone Withdrawal | 1862280 | $3.05 | | | | $149.92 |
| 10310 | 12/12/13 21:21 | Phone Withdrawal | 1862371 | $2.99 | | | | $146.93 |
| 10316 | 12/12/13 21:31 | Phone Withdrawal | 1862433 | $2.77 | | | | $144.16 |
| 10336 | 12/13/13 09:48 | Phone Withdrawal | 1866158 | $2.55 | | | | $141.61 |
| 10339 | 12/13/13 10:07 | Phone Withdrawal | 1866254 | $2.88 | | | | $138.73 |
| 10341 | 12/13/13 10:18 | Phone Withdrawal | 1866318 | $2.83 | | | | $135.90 |
| 10343 | 12/13/13 10:29 | Phone Withdrawal | 1866372 | $2.77 | | | | $133.13 |
| 10345 | 12/13/13 10:35 | Phone Withdrawal | 1866406 | $2.55 | | | | $130.58 |
| 10376 | 12/13/13 15:32 | Phone Withdrawal | 1867951 | $3.05 | | | | $127.53 |
| 10379 | 12/13/13 15:46 | Phone Withdrawal | 1868027 | $2.83 | | | | $124.70 |
| 10390 | 12/13/13 17:47 | Phone Withdrawal | 1868646 | $2.60 | | | | $122.10 |
| 10392 | 12/13/13 17:56 | Phone Withdrawal | 1868700 | $2.60 | | | | $119.50 |
| 10396 | 12/13/13 18:07 | Phone Withdrawal | 1868758 | $2.77 | | | | $116.73 |
| 10405 | 12/13/13 18:32 | Phone Withdrawal | 1868908 | $3.05 | | | | $113.68 |
| 10410 | 12/13/13 18:48 | Phone Withdrawal | 1868993 | $3.05 | | | | $110.63 |

Accounting Transactions And Balances

Page 5 of 14

Inmate Name: CHEZA, KYLE ROBERT | Current Balance: $14.73 | Booking # 13-1051 | Permanent # PI-13463

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 10411 | 12/13/13 19:04 | Phone Withdrawal | 1869077 | $2.60 | | | | $108.03 |
| 2100 | 12/16/13 13:35 | Money Order Deposit | 1889568 | | $50.00 | | | $158.03 |
| 10728 | 12/16/13 16:08 | Phone Withdrawal | 1890365 | $2.38 | | | | $155.65 |
| 10851 | 12/17/13 13:32 | Regular Commissary Purchase | 1897008 | $114.40 | | | | $41.25 |
| 10930 | 12/17/13 20:10 | Phone Withdrawal | 1899118 | $3.05 | | | | $38.20 |
| 10964 | 12/17/13 21:16 | Phone Withdrawal | 1899502 | $3.05 | | | | $35.15 |
| 10970 | 12/17/13 21:28 | Phone Withdrawal | 1899573 | $2.83 | | | | $32.32 |
| 11057 | 12/18/13 19:48 | Phone Withdrawal | 1906376 | $2.49 | | | | $29.83 |
| 11065 | 12/18/13 20:21 | Phone Withdrawal | 1906558 | $2.71 | | | | $27.12 |
| 11208 | 12/19/13 21:30 | Phone Withdrawal | 1914332 | $3.05 | | | | $24.07 |
| 11242 | 12/20/13 12:42 | Phone Withdrawal | 1918928 | $2.33 | | | | $21.74 |
| 11674 | 12/24/13 19:00 | Phone Withdrawal | 1950394 | $2.55 | | | | $19.19 |
| 11687 | 12/24/13 20:19 | Phone Withdrawal | 1950810 | $2.99 | | | | $16.20 |
| 11703 | 12/24/13 21:00 | Phone Withdrawal | 1951049 | $3.05 | | | | $13.15 |
| 11824 | 12/25/13 18:02 | Phone Withdrawal | 1957533 | $2.44 | | | | $10.71 |
| 12000 | 12/27/13 15:32 | Phone Withdrawal | 1971483 | $3.05 | | | | $7.66 |
| 2318 | 12/27/13 16:12 | Credit Card Deposit / Kiosk & Web | 1971693 | | $50.00 | | | $57.66 |
| 12225 | 12/29/13 21:22 | Phone Withdrawal | 1988065 | $2.88 | | | | $54.78 |
| 12433 | 12/31/13 20:39 | Regular Commissary Purchase | 2002566 | $41.35 | | | | $13.43 |
| 12510 | 01/01/14 20:31 | Phone Withdrawal | 2009799 | $3.05 | | | | $10.38 |
| 12514 | 01/01/14 20:56 | Phone Withdrawal | 2009932 | $3.05 | | | | $7.33 |
| 2393 | 01/02/14 13:28 | Money Order Deposit | 2014977 | | $50.00 | | | $57.33 |
| 12856 | 01/02/14 18:53 | Phone Withdrawal | 2016736 | $2.66 | | | | $54.67 |
| 12859 | 01/02/14 19:09 | Phone Withdrawal | 2016822 | $3.05 | | | | $51.62 |
| 13054 | 01/07/14 19:36 | Regular Commissary Purchase | 2053597 | $38.85 | | | | $12.77 |
| 13065 | 01/07/14 20:01 | Phone Withdrawal | 2053732 | $2.55 | | | | $10.22 |
| 13207 | 01/08/14 21:06 | Phone Withdrawal | 2061407 | $3.05 | | | | $7.17 |
| 2607 | 01/09/14 13:38 | Money Order Deposit | 2066459 | | $30.00 | | | $37.17 |
| 13279 | 01/09/14 17:55 | Phone Withdrawal | 2067777 | $3.05 | | | | $34.12 |
| 13284 | 01/09/14 18:13 | Phone Withdrawal | 2067876 | $3.05 | | | | $31.07 |

Accounting Transactions And Balances

Page 6 of 14

| Inmate Name: CHEZA, KYLE ROBERT | | | | Current Balance: $14.73 | | Booking # 13-1051 | | Permanent # PI-13463 |
|---|---|---|---|---|---|---|---|---|
| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
| 13557 | 01/11/14 19:13 | Phone Withdrawal | 2083034 | $2.49 | | | | $28.58 |
| 13566 | 01/11/14 20:04 | Phone Withdrawal | 2083306 | $3.05 | | | | $25.53 |
| 13656 | 01/12/14 17:55 | Phone Withdrawal | 2089997 | $2.71 | | | | $22.82 |
| 13668 | 01/12/14 19:04 | Phone Withdrawal | 2090365 | $3.05 | | | | $19.77 |
| 13673 | 01/12/14 19:32 | Phone Withdrawal | 2090518 | $2.44 | | | | $17.33 |
| 13700 | 01/12/14 20:46 | Phone Withdrawal | 2090945 | $2.38 | | | | $14.95 |
| 13850 | 01/13/14 18:46 | Phone Withdrawal | 2097800 | $2.88 | | | | $12.07 |
| 2729 | 01/14/14 14:08 | Money Order Deposit | 2103830 | | $40.00 | | | $52.07 |
| 14044 | 01/14/14 18:50 | Phone Withdrawal | 2105367 | $3.05 | | | | $49.02 |
| 14046 | 01/14/14 18:58 | Phone Withdrawal | 2105406 | $2.44 | | | | $46.58 |
| 14051 | 01/14/14 19:13 | Regular Commissary Purchase | 2105492 | $34.20 | | | | $12.38 |
| 14061 | 01/14/14 19:46 | Phone Withdrawal | 2105679 | $2.94 | | | | $9.44 |
| 2787 | 01/16/14 12:29 | Money Order Deposit | 2118256 | | $35.00 | | | $44.44 |
| 14562 | 01/18/14 16:31 | Phone Withdrawal | 2134358 | $2.99 | | | | $41.45 |
| 14686 | 01/19/14 18:14 | Phone Withdrawal | 2142310 | $2.99 | | | | $38.46 |
| 14689 | 01/19/14 18:28 | Phone Withdrawal | 2142386 | $2.77 | | | | $35.69 |
| 14876 | 01/21/14 13:06 | Phone Withdrawal | 2155493 | $2.44 | | | | $33.25 |
| 2882 | 01/21/14 13:13 | Money Order Deposit | 2155544 | | $24.00 | | | $57.25 |
| 14972 | 01/21/14 19:40 | Regular Commissary Purchase | 2157629 | $29.90 | | | | $27.35 |
| 15072 | 01/22/14 16:27 | Phone Withdrawal | 2163952 | $3.05 | | | | $24.30 |
| 15078 | 01/22/14 18:02 | Phone Withdrawal | 2164435 | $2.99 | | | | $21.31 |
| 15085 | 01/22/14 18:17 | Phone Withdrawal | 2164526 | $3.05 | | | | $18.26 |
| 15093 | 01/22/14 19:06 | Phone Withdrawal | 2164791 | $3.05 | | | | $15.21 |
| 15101 | 01/22/14 19:43 | Phone Withdrawal | 2164996 | $3.05 | | | | $12.16 |
| 15106 | 01/22/14 19:58 | Phone Withdrawal | 2165081 | $2.94 | | | | $9.22 |
| 15183 | 01/23/14 15:58 | Phone Withdrawal | 2171224 | $3.05 | | | | $6.17 |
| 2968 | 01/24/14 12:13 | Money Order Deposit | 2177499 | | $20.00 | | | $26.17 |
| 15293 | 01/24/14 15:14 | Phone Withdrawal | 2178434 | $2.33 | | | | $23.84 |
| 15306 | 01/24/14 15:54 | Phone Withdrawal | 2178660 | $3.05 | | | | $20.79 |
| 15312 | 01/24/14 16:12 | Phone Withdrawal | 2178762 | $2.88 | | | | $17.91 |

Accounting Transactions And Balances

Page 7 of 14

| Inmate Name: CHEZA, KYLE ROBERT | | | Current Balance: $14.73 | | Booking # 13-1051 | | Permanent # PI-13463 | |
|---|---|---|---|---|---|---|---|---|
| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
| 15322 | 01/24/14 17:44 | Phone Withdrawal | 2179243 | $2.55 | | | | $15.36 |
| 15424 | 01/25/14 16:07 | Phone Withdrawal | 2186162 | $3.05 | | | | $12.31 |
| 3024 | 01/27/14 12:55 | Money Order Deposit | 2199985 | | $25.00 | | | $37.31 |
| 15943 | 01/28/14 15:33 | Phone Withdrawal | 2208492 | $2.44 | | | | $34.87 |
| 15960 | 01/28/14 17:48 | Regular Commissary Purchase | 2209195 | $17.25 | | | | $17.62 |
| 3119 | 01/30/14 12:37 | Money Order Deposit | 2222412 | | $26.00 | | | $43.62 |
| 16414 | 01/31/14 17:57 | Phone Withdrawal | 2231529 | $3.05 | | | | $40.57 |
| 16422 | 01/31/14 18:13 | Phone Withdrawal | 2231624 | $3.05 | | | | $37.52 |
| 16429 | 01/31/14 18:29 | Phone Withdrawal | 2231713 | $3.05 | | | | $34.47 |
| 16584 | 02/01/14 18:51 | Phone Withdrawal | 2239338 | $2.44 | | | | $32.03 |
| 16595 | 02/01/14 19:26 | Phone Withdrawal | 2239538 | $3.05 | | | | $28.98 |
| 3258 | 02/04/14 10:58 | Money Order Deposit | 2259456 | | $35.00 | | | $63.98 |
| 17262 | 02/04/14 20:46 | Regular Commissary Purchase | 2262733 | $32.89 | | | | $31.09 |
| 17339 | 02/05/14 15:29 | Phone Withdrawal | 2268427 | $3.05 | | | | $28.04 |
| 17841 | 02/08/14 20:48 | Phone Withdrawal | 2292608 | $3.05 | | | | $24.99 |
| 17849 | 02/08/14 21:05 | Phone Withdrawal | 2292710 | $3.05 | | | | $21.94 |
| 17862 | 02/08/14 21:33 | Phone Withdrawal | 2292877 | $2.88 | | | | $19.06 |
| 3420 | 02/10/14 12:04 | Money Order Deposit | 2304745 | | $35.00 | | | $54.06 |
| 18067 | 02/10/14 15:23 | Phone Withdrawal | 2305814 | $2.94 | | | | $51.12 |
| 18404 | 02/11/14 19:40 | Regular Commissary Purchase | 2314895 | $33.17 | | | | $17.95 |
| 3495 | 02/12/14 11:03 | Money Order Deposit | 2319599 | | $30.00 | | | $47.95 |
| 18614 | 02/12/14 19:37 | Phone Withdrawal | 2322380 | $2.27 | | | | $45.68 |
| 18621 | 02/12/14 19:59 | Phone Withdrawal | 2322499 | $3.05 | | | | $42.63 |
| 18624 | 02/12/14 20:14 | Phone Withdrawal | 2322585 | $3.05 | | | | $39.58 |
| 18630 | 02/12/14 20:33 | Phone Withdrawal | 2322687 | $3.05 | | | | $36.53 |
| 18637 | 02/12/14 20:50 | Phone Withdrawal | 2322788 | $3.05 | | | | $33.48 |
| 18648 | 02/12/14 21:09 | Phone Withdrawal | 2322904 | $3.05 | | | | $30.43 |
| 18664 | 02/12/14 21:26 | Phone Withdrawal | 2323020 | $3.05 | | | | $27.38 |
| 18669 | 02/13/14 08:07 | Phone Withdrawal | 2326212 | $3.05 | | | | $24.33 |
| 18750 | 02/13/14 19:44 | Phone Withdrawal | 2329827 | $3.05 | | | | $21.28 |

Accounting Transactions And Balances

Inmate Name: CHEZA, KYLE ROBERT        Current Balance:  $14.73        Booking # 13-1051        Permanent # PI-13463

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 18754 | 02/13/14 20:01 | Phone Withdrawal | 2329924 | $3.05 | | | | $18.23 |
| 18758 | 02/13/14 20:17 | Phone Withdrawal | 2330014 | $3.05 | | | | $15.18 |
| 18766 | 02/13/14 20:33 | Phone Withdrawal | 2330110 | $3.05 | | | | $12.13 |
| 18770 | 02/13/14 20:49 | Phone Withdrawal | 2330198 | $3.05 | | | | $9.08 |
| 18786 | 02/14/14 08:41 | Phone Withdrawal | 2333786 | $3.05 | | | | $6.03 |
| 3636 | 02/18/14 12:46 | Money Order Deposit | 2365196 | | $20.00 | | | $26.03 |
| 3642 | 02/18/14 12:46 | Money Order Deposit | 2365197 | | $35.00 | | | $61.03 |
| 19607 | 02/18/14 15:11 | Phone Withdrawal | 2366010 | $2.27 | | | | $58.76 |
| 19619 | 02/18/14 15:28 | Phone Withdrawal | 2366112 | $3.05 | | | | $55.71 |
| 19631 | 02/18/14 15:48 | Phone Withdrawal | 2366231 | $2.94 | | | | $52.77 |
| 19639 | 02/18/14 15:57 | Regular Commissary Purchase | 2366288 | $29.09 | | | | $23.68 |
| 19723 | 02/18/14 20:36 | Phone Withdrawal | 2367849 | $3.05 | | | | $20.63 |
| 19734 | 02/18/14 20:55 | Phone Withdrawal | 2367958 | $3.05 | | | | $17.58 |
| 19937 | 02/19/14 20:29 | Phone Withdrawal | 2375148 | $2.88 | | | | $14.70 |
| 19946 | 02/19/14 20:46 | Phone Withdrawal | 2375246 | $3.05 | | | | $11.65 |
| 19968 | 02/19/14 21:22 | Phone Withdrawal | 2375472 | $2.33 | | | | $9.32 |
| 20269 | 02/21/14 17:58 | Phone Withdrawal | 2389423 | $3.05 | | | | $6.27 |
| 3788 | 02/24/14 12:27 | Money Order Deposit | 2410132 | | $10.00 | | | $16.27 |
| 20777 | 02/24/14 20:02 | Phone Withdrawal | 2412675 | $2.44 | | | | $13.83 |
| 21151 | 02/25/14 21:21 | Phone Withdrawal | 2420952 | $3.05 | | | | $10.78 |
| 21156 | 02/25/14 21:28 | Phone Withdrawal | 2420991 | $2.55 | | | | $8.23 |
| 21159 | 02/26/14 08:19 | Phone Withdrawal | 2424254 | $3.05 | | | | $5.18 |
| 3982 | 03/03/14 12:39 | Money Order Deposit | 2463829 | | $20.00 | | | $25.18 |
| 3985 | 03/03/14 12:39 | Money Order Deposit | 2463842 | | $25.00 | | | $50.18 |
| 22437 | 03/03/14 18:36 | Phone Withdrawal | 2465830 | $3.05 | | | | $47.13 |
| 22728 | 03/04/14 18:16 | Regular Commissary Purchase | 2473449 | $35.75 | | | | $11.38 |
| 4063 | 03/04/14 19:17 | Kiosk Cash Deposit | 2473842 | | $17.50 | | | $28.88 |
| 22841 | 03/04/14 20:56 | Phone Withdrawal | 2474448 | $2.94 | | | | $25.94 |
| 22850 | 03/04/14 21:03 | Phone Withdrawal | 2474505 | $3.49 | | | | $22.45 |
| 23055 | 03/05/14 19:54 | Phone Withdrawal | 2481765 | $3.05 | | | | $19.40 |

Accounting Transactions And Balances

| Inmate Name: CHEZA, KYLE ROBERT | | | Current Balance: $14.73 | | | Booking # 13-1051 | | Permanent # PI-13463 |
|---|---|---|---|---|---|---|---|---|
| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
| 23070 | 03/05/14 20:29 | Phone Withdrawal | 2481964 | $3.05 | | | | $16.35 |
| 23084 | 03/05/14 20:47 | Phone Withdrawal | 2482084 | $3.05 | | | | $13.30 |
| 23097 | 03/05/14 21:05 | Phone Withdrawal | 2482200 | $3.05 | | | | $10.25 |
| 23110 | 03/05/14 21:22 | Phone Withdrawal | 2482313 | $3.05 | | | | $7.20 |
| 4143 | 03/07/14 12:51 | Money Order Deposit | 2494725 | | $35.00 | | | $42.20 |
| 23453 | 03/07/14 18:02 | Phone Withdrawal | 2496386 | $3.05 | | | | $39.15 |
| 23460 | 03/07/14 18:14 | Phone Withdrawal | 2496458 | $2.60 | | | | $36.55 |
| 23474 | 03/07/14 18:39 | Phone Withdrawal | 2496610 | $2.99 | | | | $33.56 |
| 23500 | 03/07/14 19:36 | Phone Withdrawal | 2496957 | $2.55 | | | | $31.01 |
| 23510 | 03/07/14 20:07 | Phone Withdrawal | 2497132 | $3.05 | | | | $27.96 |
| 23522 | 03/07/14 20:24 | Phone Withdrawal | 2497238 | $3.05 | | | | $24.91 |
| 23534 | 03/07/14 20:40 | Phone Withdrawal | 2497348 | $3.05 | | | | $21.86 |
| 23544 | 03/07/14 20:57 | Phone Withdrawal | 2497448 | $3.05 | | | | $18.81 |
| 23554 | 03/07/14 21:13 | Phone Withdrawal | 2497557 | $3.05 | | | | $15.76 |
| 23574 | 03/07/14 21:30 | Phone Withdrawal | 2497677 | $3.05 | | | | $12.71 |
| 4189 | 03/08/14 19:09 | Kiosk Cash Deposit | 2504398 | | $17.50 | | | $30.21 |
| 23709 | 03/08/14 20:22 | Phone Withdrawal | 2504820 | $2.33 | | | | $27.88 |
| 23741 | 03/08/14 21:29 | Phone Withdrawal | 2505217 | $2.77 | | | | $25.11 |
| 23796 | 03/09/14 15:04 | Phone Withdrawal | 2510291 | $2.55 | | | | $22.56 |
| 23799 | 03/09/14 15:18 | Phone Withdrawal | 2510362 | $2.94 | | | | $19.62 |
| 23914 | 03/10/14 08:33 | Phone Withdrawal | 2515778 | $2.33 | | | | $17.29 |
| 23915 | 03/10/14 08:37 | Phone Withdrawal | 2515800 | $2.38 | | | | $14.91 |
| 24027 | 03/10/14 16:01 | Phone Withdrawal | 2518205 | $2.71 | | | | $12.20 |
| 24053 | 03/10/14 17:56 | Phone Withdrawal | 2518821 | $2.66 | | | | $9.54 |
| 24061 | 03/10/14 18:11 | Phone Withdrawal | 2518915 | $3.05 | | | | $6.49 |
| 4293 | 03/11/14 19:58 | Kiosk Cash Deposit | 2527292 | | $17.50 | | | $23.99 |
| 24419 | 03/11/14 20:23 | Regular Commissary Purchase | 2527437 | $23.80 | | | | $0.19 |
| 4302 | 03/12/14 11:40 | Money Order Deposit | 2532160 | | $35.00 | | | $35.19 |
| 25159 | 03/15/14 21:09 | Phone Withdrawal | 2557869 | $3.05 | | | | $32.14 |
| 25806 | 03/18/14 20:17 | Phone Withdrawal | 2580378 | $3.05 | | | | $29.09 |

Accounting Transactions And Balances

**Inmate Name: CHEZA, KYLE ROBERT**  Current Balance: $14.73  Booking # 13-1051  Permanent # PI-13463

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 25812 | 03/18/14 20:29 | Phone Withdrawal | 2580451 | $2.83 | | | | $26.26 |
| 25816 | 03/18/14 20:33 | Phone Withdrawal | 2580478 | $2.27 | | | | $23.99 |
| 25833 | 03/18/14 20:50 | Phone Withdrawal | 2580590 | $3.05 | | | | $20.94 |
| 25844 | 03/18/14 21:06 | Phone Withdrawal | 2580689 | $3.05 | | | | $17.89 |
| 25849 | 03/18/14 21:10 | Regular Commissary Purchase | 2580718 | $17.70 | | | | $0.19 |
| 4507 | 03/20/14 12:07 | Money Order Deposit | 2592792 | | $45.00 | | | $45.19 |
| 26111 | 03/20/14 18:02 | Phone Withdrawal | 2594658 | $3.05 | | | | $42.14 |
| 26199 | 03/21/14 09:37 | Phone Withdrawal | 2599515 | $3.05 | | | | $39.09 |
| 26209 | 03/21/14 09:55 | Phone Withdrawal | 2599618 | $3.05 | | | | $36.04 |
| 26211 | 03/21/14 10:10 | Phone Withdrawal | 2599697 | $3.05 | | | | $32.99 |
| 26213 | 03/21/14 10:26 | Phone Withdrawal | 2599776 | $3.05 | | | | $29.94 |
| 26215 | 03/21/14 10:42 | Phone Withdrawal | 2599860 | $3.05 | | | | $26.89 |
| 26218 | 03/21/14 10:58 | Phone Withdrawal | 2599948 | $3.05 | | | | $23.84 |
| 26227 | 03/21/14 11:14 | Phone Withdrawal | 2600044 | $3.05 | | | | $20.79 |
| 26230 | 03/21/14 11:30 | Phone Withdrawal | 2600129 | $3.05 | | | | $17.74 |
| 26264 | 03/21/14 15:20 | Phone Withdrawal | 2601360 | $3.05 | | | | $14.69 |
| 26270 | 03/21/14 15:43 | Phone Withdrawal | 2601482 | $3.05 | | | | $11.64 |
| 26275 | 03/21/14 15:58 | Phone Withdrawal | 2601571 | $3.05 | | | | $8.59 |
| 26278 | 03/21/14 16:33 | Phone Withdrawal | 2601756 | $3.05 | | | | $5.54 |
| 4589 | 03/22/14 19:14 | Kiosk Cash Deposit | 2610148 | | $17.50 | | | $23.04 |
| 26532 | 03/23/14 13:01 | Phone Withdrawal | 2615625 | $3.05 | | | | $19.99 |
| 26546 | 03/23/14 13:18 | Phone Withdrawal | 2615732 | $3.05 | | | | $16.94 |
| 26550 | 03/23/14 13:33 | Phone Withdrawal | 2615815 | $2.99 | | | | $13.95 |
| 4598 | 03/23/14 13:55 | Credit Card Deposit / Kiosk & Web | 2615927 | | $30.00 | | | $43.95 |
| 26551 | 03/23/14 15:16 | Phone Withdrawal | 2616324 | $3.05 | | | | $40.90 |
| 26556 | 03/23/14 15:19 | Phone Withdrawal | 2616349 | $2.38 | | | | $38.52 |
| 26573 | 03/23/14 18:06 | Phone Withdrawal | 2617221 | $3.05 | | | | $35.47 |
| 27013 | 03/25/14 20:05 | Regular Commissary Purchase | 2633012 | $35.37 | | | | $0.10 |
| 4699 | 03/27/14 13:00 | Money Order Deposit | 2645727 | | $35.00 | | | $35.10 |
| 27275 | 03/27/14 15:11 | Phone Withdrawal | 2646393 | $4.60 | | | | $30.50 |

Accounting Transactions And Balances

**Inmate Name: CHEZA, KYLE ROBERT**  |  **Current Balance: $14.73**  |  **Booking # 13-1051**  |  **Permanent # PI-13463**

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 27282 | 03/27/14 15:26 | Phone Withdrawal | 2646475 | $2.94 | | | | $27.56 |
| 27289 | 03/27/14 15:56 | Phone Withdrawal | 2646639 | $3.05 | | | | $24.51 |
| 27307 | 03/27/14 18:25 | Phone Withdrawal | 2647421 | $3.05 | | | | $21.46 |
| 27337 | 03/27/14 20:12 | Phone Withdrawal | 2648022 | $3.05 | | | | $18.41 |
| 27343 | 03/27/14 20:28 | Phone Withdrawal | 2648114 | $3.05 | | | | $15.36 |
| 4757 | 03/29/14 19:08 | Kiosk Cash Deposit | 2662680 | | $22.50 | | | $37.86 |
| 27694 | 03/29/14 21:26 | Phone Withdrawal | 2663480 | $3.05 | | | | $34.81 |
| 27738 | 03/30/14 15:20 | Phone Withdrawal | 2668902 | $3.05 | | | | $31.76 |
| 28182 | 04/01/14 18:48 | Regular Commissary Purchase | 2685152 | $31.30 | | | | $0.46 |
| 4847 | 04/01/14 19:52 | Kiosk Cash Deposit | 2685501 | | $17.50 | | | $17.96 |
| 28384 | 04/02/14 18:31 | Phone Withdrawal | 2692614 | $3.05 | | | | $14.91 |
| 28413 | 04/02/14 20:39 | Phone Withdrawal | 2693314 | $3.05 | | | | $11.86 |
| 4873 | 04/03/14 02:11 | Credit Card Deposit / Kiosk & Web | 2695049 | | $31.00 | | | $42.86 |
| 28499 | 04/03/14 12:54 | Phone Withdrawal | 2698281 | $3.21 | | | | $39.65 |
| 28536 | 04/03/14 15:36 | Phone Withdrawal | 2699147 | $3.49 | | | | $36.16 |
| 28673 | 04/04/14 09:17 | Phone Withdrawal | 2704707 | $3.05 | | | | $33.11 |
| 4915 | 04/04/14 12:42 | Money Order Deposit | 2705783 | | $25.00 | | | $58.11 |
| 28710 | 04/04/14 12:47 | Phone Withdrawal | 2705819 | $2.33 | | | | $55.78 |
| 28735 | 04/04/14 15:17 | Phone Withdrawal | 2706597 | $2.94 | | | | $52.84 |
| 28742 | 04/04/14 15:34 | Phone Withdrawal | 2706697 | $3.05 | | | | $49.79 |
| 28748 | 04/04/14 15:50 | Phone Withdrawal | 2706791 | $3.05 | | | | $46.74 |
| 28755 | 04/04/14 16:06 | Phone Withdrawal | 2706885 | $3.05 | | | | $43.69 |
| 28757 | 04/04/14 16:22 | Phone Withdrawal | 2706964 | $3.05 | | | | $40.64 |
| 28761 | 04/04/14 16:29 | Phone Withdrawal | 2707007 | $2.55 | | | | $38.09 |
| 28775 | 04/04/14 18:29 | Phone Withdrawal | 2707639 | $3.05 | | | | $35.04 |
| 28779 | 04/04/14 18:46 | Phone Withdrawal | 2707729 | $3.05 | | | | $31.99 |
| 28781 | 04/04/14 19:03 | Phone Withdrawal | 2707818 | $3.05 | | | | $28.94 |
| 28831 | 04/05/14 09:43 | Phone Withdrawal | 2712323 | $3.05 | | | | $25.89 |
| 28834 | 04/05/14 10:00 | Phone Withdrawal | 2712414 | $3.05 | | | | $22.84 |
| 28843 | 04/05/14 10:26 | Phone Withdrawal | 2712556 | $3.05 | | | | $19.79 |

**Accounting Transactions And Balances**

**Inmate Name: CHEZA, KYLE ROBERT**  Current Balance: $14.73  Booking # 13-1051  Permanent # PI-13463

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 28849 | 04/05/14 10:46 | Phone Withdrawal | 2712668 | $3.05 | | | | $16.74 |
| 28852 | 04/05/14 11:02 | Phone Withdrawal | 2712757 | $3.05 | | | | $13.69 |
| 28858 | 04/05/14 11:18 | Phone Withdrawal | 2712852 | $3.05 | | | | $10.64 |
| 28865 | 04/05/14 11:33 | Phone Withdrawal | 2712940 | $3.05 | | | | $7.59 |
| 28874 | 04/05/14 13:26 | Phone Withdrawal | 2713525 | $2.55 | | | | $5.04 |
| 4955 | 04/05/14 19:07 | Kiosk Cash Deposit | 2715307 | | $22.50 | | | $27.54 |
| 28987 | 04/06/14 11:01 | Phone Withdrawal | 2720201 | $3.05 | | | | $24.49 |
| 28996 | 04/06/14 11:17 | Phone Withdrawal | 2720299 | $3.05 | | | | $21.44 |
| 29002 | 04/06/14 11:33 | Phone Withdrawal | 2720388 | $3.05 | | | | $18.39 |
| 29006 | 04/06/14 12:55 | Phone Withdrawal | 2720806 | $2.83 | | | | $15.56 |
| 29015 | 04/06/14 13:13 | Phone Withdrawal | 2720912 | $2.99 | | | | $12.57 |
| 29187 | 04/07/14 11:05 | Phone Withdrawal | 2727730 | $4.32 | | | | $8.25 |
| 5002 | 04/07/14 12:25 | Money Order Deposit | 2728179 | | $55.00 | | | $63.25 |
| 29218 | 04/07/14 13:10 | Phone Withdrawal | 2728420 | $3.05 | | | | $60.20 |
| 29225 | 04/07/14 13:25 | Phone Withdrawal | 2728513 | $3.05 | | | | $57.15 |
| 29230 | 04/07/14 13:30 | Phone Withdrawal | 2728548 | $3.49 | | | | $53.66 |
| 29252 | 04/07/14 15:43 | Phone Withdrawal | 2729247 | $3.05 | | | | $50.61 |
| 29259 | 04/07/14 15:59 | Phone Withdrawal | 2729339 | $3.05 | | | | $47.56 |
| 29268 | 04/07/14 16:15 | Phone Withdrawal | 2729433 | $3.05 | | | | $44.51 |
| 29275 | 04/07/14 16:31 | Phone Withdrawal | 2729526 | $3.05 | | | | $41.46 |
| 29385 | 04/08/14 08:25 | Phone Withdrawal | 2734521 | $3.05 | | | | $38.41 |
| 29397 | 04/08/14 09:10 | Phone Withdrawal | 2734766 | $3.05 | | | | $35.36 |
| 29404 | 04/08/14 09:26 | Phone Withdrawal | 2734850 | $3.05 | | | | $32.31 |
| 29406 | 04/08/14 09:42 | Phone Withdrawal | 2734939 | $3.05 | | | | $29.26 |
| 5042 | 04/08/14 19:13 | Kiosk Cash Deposit | 2737983 | | $17.50 | | | $46.76 |
| 29579 | 04/08/14 20:43 | Phone Withdrawal | 2738515 | $2.77 | | | | $43.99 |
| 29589 | 04/08/14 20:51 | Regular Commissary Purchase | 2738569 | $24.35 | | | | $19.64 |
| 29658 | 04/09/14 11:01 | Phone Withdrawal | 2742914 | $3.05 | | | | $16.59 |
| 29737 | 04/09/14 15:24 | Phone Withdrawal | 2744362 | $3.05 | | | | $13.54 |
| 29745 | 04/09/14 15:40 | Phone Withdrawal | 2744456 | $3.05 | | | | $10.49 |

Accounting Transactions And Balances

Page 13 of 14

Inmate Name: CHEZA, KYLE ROBERT          Current Balance:  $14.73          Booking # 13-1051          Permanent # PI-13463

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 29748 | 04/09/14  15:56 | Phone Withdrawal | 2744542 | $3.05 | | | | $7.44 |
| 5138 | 04/11/14  13:03 | Money Order Deposit | 2758621 | | $35.00 | | | $42.44 |
| 5174 | 04/12/14  18:36 | Kiosk Cash Deposit | 2767913 | | $67.50 | | | $109.94 |
| 30363 | 04/13/14  11:31 | Phone Withdrawal | 2773219 | $3.05 | | | | $106.89 |
| 30589 | 04/14/14  18:33 | Phone Withdrawal | 2782982 | $3.05 | | | | $103.84 |
| 30599 | 04/14/14  18:54 | Regular Commissary Purchase | 2783110 | $99.96 | | | | $3.88 |
| 5282 | 04/15/14  19:58 | Credit Card Deposit / Kiosk & Web | 2791054 | | $20.00 | | | $23.88 |
| 30971 | 04/16/14  13:08 | Phone Withdrawal | 2796404 | $3.05 | | | | $20.83 |
| 31038 | 04/16/14  19:02 | Phone Withdrawal | 2798301 | $3.05 | | | | $17.78 |
| 31093 | 04/17/14  09:33 | Phone Withdrawal | 2802756 | $3.05 | | | | $14.73 |

| Account Type | Current Balance |
|---|---|
| MAIN Inmate Fund | $14.73 |
| Work Release Fund | $0.00 |
| Totals: | $14.73 |

| Assigned Cost Recovery | Balance Due |
|---|---|
| CR JMS Personal Incidentals | $0.00 |
| WR - Room and Board | $0.00 |
| CR Miscellaneous - Treasurer | $0.00 |
| CR Admission Kit | $0.00 |
| CR Welfare | $0.00 |
| CR Misconducts - Canteen | $0.00 |
| CR Postage - Treasurer | $0.00 |
| WR - Check back to Inmate | $0.00 |
| CR Room & Board | $0.00 |
| CR Lost ID Badge | $0.00 |
| CR Miscellaneous - Canteen | $0.00 |
| CR Misdirected Fund | $0.00 |
| CR Misconducts - Treasurer | $0.00 |
| CR Court Costs and Fines | $0.00 |
| CR Drug Test | $0.00 |
| CR Copies / Postage - Canteen | $0.00 |
| CR Dr / Nurse / Medical | $0.00 |
| Totals: | $0.00 |

Accounting Transactions And Balances