**United States District Court**
For the Northern District of California

1
2
3            UNITED STATES DISTRICT COURT
4            NORTHERN DISTRICT OF CALIFORNIA
5                    Oakland Division

6   KYLE ROBERT CHEZA                    No. C-14-2078-DMR

7            Plaintiff(s),              NOTICE OF IMPENDING
                                        REASSIGNMENT TO A UNITED
8        v.                             STATES DISTRICT COURT JUDGE

9   ARIADNE J. SYMONS, et al.

10           Defendant(s).
    _____/
11

12        The Clerk of this Court will now randomly reassign this case to a United States District

13  Judge because either:

14        [ X ]  One or more of the parties has requested reassignment to a United States District Judge

15  or has not consented to the jurisdiction of a United States Magistrate Judge, or

16        [ ] One or more of the parties has sought a type of judicial action (e.g., a temporary

17  restraining order) that a United States Magistrate Judge may not take without the consent of all

18  parties, the necessary consents have not been secured, and time is of the essence.

19        ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

20  DONNA M. RYU ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE

21  THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

22
    Dated:  May 9, 2014
23
                                    Richard W. Wieking, Clerk
                                    United States District Court
24

25                                  *Kelly Collins*

26                                  _____
                                    By: Kelly Collins
                                    Deputy Clerk
27

    cc: Intake
28  NOTICE OF IMPENDING REASSIGNMENT