UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ROBERT CHEZA, | Case Number: CV14-02078 DMR |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ARIADNE J SYMONS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2014, I SERVED a true and correct copy(ies) of the attached **Notice of Impending Reassignment to a United States District Court Judge**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kyle Robert Cheza 13-1051
Mercer County Prison
55 Thompson, RD
Mercer,  PA 16137

Dated: May 9, 2014

Richard W. Wieking, Clerk
By: Kelly Collins, Deputy Clerk