UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ROBERT CHEZA,<br><br>           Plaintiff,<br><br>   v.<br><br>ARIADNE J SYMONS et al,<br><br>           Defendant.<br>_____/ | Case Number: CV14-02078 DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2014, I SERVED a true and correct copy(ies) of the attached **Order Reassigning Case** by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kyle Robert Cheza 13-1051
Mercer County Prison
55 Thompson, RD
Mercer,  PA 16137

Dated: May 9, 2014

                                        Richard W. Wieking, Clerk
                                        By: Kelly Collins, Deputy Clerk