KYLE ROBERT CHEZA,
        Plaintiff

v.

        IN THE UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARIADNE J. SYMONS, et al.
        Defendant(s)

        No. CV 14-02078 VC

## NOTICE OF CHANGE OF ADDRESS

The Plaintiff is following his obligation to notify this Court that the Plaintiff's address has been changed to _P.O. Box 3110 Youngstown, OH 44513_

FILED
2014 MAY 23  A 11: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 5/22/2014

Respectfully submitted,
Kyle R. Cheza

[signature]

Kyle R Chopra
P.O. Box 3110
Youngstown, OH 44512

United States District Court / Northern Dist. of CA
450 Golden Gate Avenue
16th Floor  Box 36060
San Francisco, CA 94102-3489