UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KYLE ROBERT CHEZA,

        Plaintiff,

  v.

ARIADNE J SYMONS et al,

        Defendant.

Case Number: CV14-02078 VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kyle Robert Cheza 13-1051
P.O. Box 3110
Youngstown, OH 44513

Dated: May 29, 2014

        Richard W. Wieking, Clerk

        By: Kristen Melen, Deputy Clerk