Monday, June 16 2014

Richard W. Wieking, Clerk
United States District Court For The Northern District of California
450 Golden Gate Avenue   16th Floor
Box 36060
San Francisco, CA  94102-3489

FILED

JUN 1 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kyle Robert Cheza, CV 14-02078 VC
    Plaintiff,
  v.
Ariadne J. Symons et al,
    Defendant

Dear Mr. Wieking;

Acting on Kyle's behalf, I was unable to communicate with him to get clear instructions as to how to proceed, until today, June 16, 2014.  He has asked me to file his amended complaint for the case, noted above, along with the enclosed information describing that Judge Symon's could have been acting outside of the Color of the Law and/or acting outside of his geographical area when ordering Kyle Cheza to report to probation officers in CA before leaving the state of PA to visit me in OH.  Kyle agreed to return to PA with his father with complete trust in the Court's intentions.  He was not aware that his civil rights were being violated by banishment to another state, (as was explained to me and Kyle's father, Paul D. Cheza, by an attorney in PA in 2013).

At the time of Judge Symon's order in May of 2012, Kyle and his father believed that Kyle was on probation with the state of CA with Deborah Voith assigned as his Probation Officer.  A police officer from OH in August of 2012, told Kyle that after searching for his probation information, found that Kyle was not listed in CA or OH as being on probation.  In that same time frame, Kyle called the Probation Office of Santa Cruz, CA asking to return to CA and was told that he absolutely could not return for a period of one year.

Kyle is asking that his amended complaint be reconsidered on what appears to be a violation of his Civil Rights and the Court's (Judge Symons et al), acting outside of the Color of the Law in Case # F22700 M66466 on May 18, 2012.

Respectfully,

*Linda Metts*

Linda Metts (Mother of Kyle Robert Cheza)
P.O. Box 3110
Youngstown, OH 44512