**FILED**

JUN 1 8 2014

Dear Clerk,

14-2078 VC

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Please find (4) four summons for the captioned matter above. I have attached these summons in addition to (4) four copies of the Civil Rights Complaint which was time stamped by your office on _____. Importantly, pursuant to Fed R. Civ. P. Rule 4 (b), I am presenting these summons to this office for signature and seal.

Also, pursuant to Fed. R. Civ. P. Rule 4 ( c ), I am requesting this office to direct that service be effected by the United States Marshall, or other person or officer specifically appointed. See 28 U.S.C. § 1915.

To this end, please provide me with notice of the summons and service of said complaint. And the correct address to all parties are provided at the end of this letter.

I thank you in advance for your prompt attention to this matter.

Thank you,

_____

Kyle Cheza

Addresses:

The Honorable Ariadne J. Symons, Judge, Defendant; Superior Court of CA; County of Santa Cruz; Santa Cruz Courthouse; 701 Ocean Street; Santa Cruz, CA 95060

Elizabeth Cabarello, Public Defender, Defendant; Wallraff & Associates; 136 Vernon Street; Santa Cruz, CA 95060

Rebekah Young, Assistant District Attorney, Santa Cruz, Defendant; 701 Ocean Street; Room 200; Santa Cruz, CA 95060

Deborah Voith, Probation Officer, Santa Cruz Probation, Defendant; Post Office Box 1812; Santa Cruz, CA 95061-1812

FORM 1. SUMMONS

United States District Court for the Northern District of California

Civil Action File Number___*CV 14-02078 VC*

A.B. Plaintiff )
v.           ) *Summons*
C.D. Defendant )

*To the above-named defendant:*

You are hereby summoned and required to serve upon_____, plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this complaint.

_____

*Clerk of Court.*

Seal of the U.S. District Court

Dated_____