Mr. Kyle R. Cheza
P.O. Box 3110
Youngstown, OH 44512

Linda Metts
475 Rockland Dr.
Boardman, OH 44512

Office of The Clerk
United States Distri[ct]
450 Golden Gate
Box 36060
San Francisco, CA

In God We Trust

