UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE ROBERT CHEZA,

    Plaintiff,

  v.

JUDGE ARIADNE J. SYMONS, et al.,

    Defendants.

Case No.  14 cv 2078-VC (PR)

**JUDGMENT**

    For the reasons stated in the Order of Dismissal, this case is DISMISSED without leave to amend and without prejudice to filing a paid complaint.  Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated:  July 3, 2014

_____
VINCE CHHABRIA
United States District Judge