UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ROBERT CHEZA,<br><br>       Plaintiff,<br><br>   v.<br><br>ARIADNE J SYMONS et al,<br><br>       Defendant.<br>_____/ | Case Number: CV14-02078 VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kyle Robert Cheza 13-1051
P.O. Box 3110
Youngstown, OH 44513

Dated: July 3, 2014

                                                        Richard W. Wieking, Clerk

                                                        By: Kristen Melen, Deputy Clerk