



Mr. Kyle R. Cheza
P.O. Box 3118
Boardman, OH 44512

Clerk's Office
United States District Court for the Northern District of California
450 Golden Gate Ave, 16th floor
Box 36060
San Francisco, CA 94102-3489