APPEAL,CLOSED,ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:14-cv-02078-VC
# Internal Use Only

| | |
|---|---|
| Cheza v. Symons et al | Date Filed: 05/06/2014 |
| Assigned to: Hon. Vince Chhabria | Date Terminated: 07/03/2014 |
| Referred to: PSLC RMH | Jury Demand: Plaintiff |
| Demand: $100,000 | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Kyle Robert Cheza**     represented by   **Kyle Robert Cheza**
13-1051
P.O. Box 3110
Youngstown, OH 44513
PRO SE

V.

**Defendant**

**Ariadne J. Symons**
*Judge, Superior Court of California, County of Santa Cruz*

**Defendant**

**Rebekah Young**
*Assistant District Attorney, County of Santa Cruz*

**Defendant**

**Deborah Voith**
*Deputy Probation Officer,*

*County of Santa Cruz*

**Defendant**

**Elizabeth Caballero**
*Deputy Alternate Public Defender, County of Santa Cruz*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2014 | 1 | COMPLAINT; No Process, against Elizabeth Caballero, Ariadne J. Symons, Deborah Voith, Rebekah Young. Filed by Kyle Robert Cheza. (Attachments: # 1 Reporter's Transcript of Proceedings, # 2 Envelope) (jlmS, COURT STAFF) (Filed on 5/6/2014) Modified on 5/9/2014 (jlmS, COURT STAFF). (Entered: 05/09/2014) |
| 05/06/2014 |  | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge 1 *Attached to page 4 of Complaint*, filed by Kyle Robert Cheza, (jlmS, COURT STAFF) (Filed on 5/6/2014) Modified on 5/9/2014 (jlmS, COURT STAFF). (Entered: 05/09/2014) |
| 05/06/2014 | 2 | MOTION for Leave to Proceed in forma pauperis, filed by Kyle Robert Cheza. (jlmS, COURT STAFF) (Filed on 5/6/2014) Modified on 5/9/2014 (jlmS, COURT STAFF). (Entered: 05/09/2014) |
| 05/09/2014 | 3 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (Attachments: # 1 Certificate/Proof of Service) (kcS, COURT STAFF) (Filed on 5/9/2014) (Entered: 05/09/2014) |
| 05/09/2014 | 4 | **ORDER REASSIGNING CASE. Case reassigned to Judge Vince Chhabria for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by Executive Committee on** |

| | | |
|---|---|---|
| | | 5/9/14. (Attachments: # **1** Certificate/Proof of Service)(kc, COURT STAFF) (Filed on 5/9/2014) (Entered: 05/09/2014) |
| 05/23/2014 | 5 | NOTICE of Change of Address; by Kyle Robert Cheza (aaa, COURT STAFF) (Filed on 5/23/2014) (Entered: 05/28/2014) |
| 05/29/2014 | 6 | **Order by Hon. Vince Chhabria granting 2 Motion for Leave to Proceed in forma pauperis. (Attachments: # 1 Certificate/Proof of Service)(knm, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 05/29/2014 | 7 | **ORDER DISMISSING CASE. Signed by Judge Vince Chhabria on 5/29/2014. (Attachments: # 1 Certificate/Proof of Service)(knm, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 05/29/2014 | 🔒 | (Court only) ***Case Reopened (farS, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/30/2014) |
| 05/29/2014 | 🔒 | (Court only) Set/Reset Deadlines: re 7 Order Dismissing Case Amended Complaint due by 6/19/2014. (farS, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/30/2014) |
| 06/18/2014 | 8 | LETTER from Linda Metts to Clerk dated 6/16/14. (farS, COURT STAFF) (Filed on 6/18/2014) (Entered: 06/26/2014) |
| 06/18/2014 | 9 | LETTER from Plaintiff to Clerk providing Defendants addresses. (farS, COURT STAFF) (Filed on 6/18/2014) (Entered: 06/26/2014) |
| 06/18/2014 | 10 | AMENDED COMPLAINT against Elizabeth Caballero, Ariadne J. Symons, Deborah Voith, Rebekah Young. Filed byKyle Robert Cheza. (Attachments: # 1 part 2, # 2 Envelope)(farS, COURT STAFF) (Filed on 6/18/2014) (Entered: 06/26/2014) |
| 07/03/2014 | 11 | **ORDER DISMISSING CASE. Signed by Judge** |

| | | |
|---|---|---|
| | | Vince Chhabria on 7/3/2014. (Attachments: # **1** Certificate/Proof of Service)(knm, COURT STAFF) (Filed on 7/3/2014) (Entered: 07/03/2014) |
| 07/03/2014 | 12 | **JUDGMENT. Signed by Judge Vince Chhabria on 7/3/2014. (Attachments: # 1 Certificate/Proof of Service)(knm, COURT STAFF) (Filed on 7/3/2014) (Entered: 07/03/2014)** |
| 08/01/2014 | 13 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Kyle Robert Cheza. Appeal of Order Dismissing Case 11 , Judgment 12 (FEE STATUS: IFP). (farS, COURT STAFF) (Filed on 8/1/2014) (Additional attachment(s) added on 8/1/2014: # 1 Envelope) (farS, COURT STAFF). (Entered: 08/01/2014) |