UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 1, 2014

**CASE INFORMATION:**
Short Case Title:  <u>KYLE ROBERT CHEZA</u>-v- <u>ARIADNE J SYMONS</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of CA, Civil Division, Judge Chhabria</u>
Criminal and/or Civil Case No.:  <u>CV 14-02078 VC</u>
Date Complaint/Indictment/Petition Filed: <u>5/6/14</u>
Date Appealed order/judgment *entered* <u>7/3/14</u>
Date NOA *filed* <u>8/1/14</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: NONE

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted: <u>5/29/14</u>          Date FP denied:
Is FP pending? ☐ yes  ☐ no               Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:

        SEE DOCKET SHEET


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Felicia Reloba</u>
                                        415-522-2000