UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE ROBERT CHEZA,

    Plaintiff,

  v.

JUDGE ARIADNE J. SYMONS, et al.,

    Defendants.

Case No. 14 cv 2078-VC (PR)

**ORDER GRANTING *IN FORMA PAUPERIS* ON APPEAL**

The Court granted Plaintiff, a state prisoner proceeding *pro se*, leave to proceed *in forma pauperis* ("IFP") in this action. On July 3, 2014, the Court issued an Order of Dismissal on the ground that the complaint was barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff has filed a notice of appeal. The United States Court of Appeals for the Ninth Circuit has referred the case back to this Court for a determination of whether Plaintiff's IFP status should be revoked. Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted leave to proceed IFP in the district court may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith.

The Court concludes that Plaintiff's appeal is taken in good faith. Accordingly, leave to proceed IFP on appeal is GRANTED. The Clerk of the Court shall serve a copy of this order on Plaintiff and on the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: August 6, 2014

_____
VINCE CHHABRIA
United States District Judge