Case 3:14-cv-02078-VC   Document 20   Filed 09/18/14   Page 1 of 4



# IDAHO DEPARTMENT OF CORRECTION

*To promote a safer Idaho by reducing recidivism*

C. L. "BUTCH" OTTER — Governor                    BRENT D. REINKE — Director

**RECEIVED**
SEP 18 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

September 15, 2014

**FILED**
SEP 1 8 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attn: Court Clerk
US Dist. Court for Northern California, San Francisco
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489

Dear Sir or Madam;

The Idaho Department of Correction received an order for filing fees from the Ninth Circuit Court of Appeals. Since we do not have an inmate named Kyle Robert Cheza in our prison system, we are returning the court order to you.

Sincerely,

*Shirley Audens*

Shirley Audens, Financial Specialist Sr.
1299 N. Orchard Street, Suite 110
Boise, Idaho 83706
(208) 658 2004
(208) 327-7410 FAX
saudens@idoc.idaho.gov

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KYLE ROBERT CHEZA,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>ARIADNE J. SYMONS, Judge, Superior Court of California, County of Santa Cruz; et al.,<br><br>       Defendants - Appellees. | No. 14-16488<br><br>D.C. No. 3:14-cv-02078-VC<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

Appellant Kyle Robert Cheza, has been granted leave to proceed in forma pauperis in this appeal and has completed and filed the required authorization form directing the appropriate prison officials to assess, collect, and forward to the district court the filing and docketing fees for this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2). This court hereby assesses an initial filing fee of 20 percent of the greater of (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the August 1, 2014 notice of appeal. Appellant is not responsible for payment when the funds in appellant's prison trust account

total less than $10, but payments must resume when additional deposits are made or funds are otherwise available.

The Clerk shall serve this order and appellant's completed authorization form on the Attorney General for the State of Idaho, who shall notify the appropriate agency or prison authority responsible for calculating, collecting, and forwarding the initial payment assessed in this order and for assessing, collecting, and forwarding the remaining monthly payments of the fee to the district court for this appeal. *See* 28 U.S.C. § 1915(b)(2). Each payment should be accompanied by the district court and appellate docket numbers for this appeal and a record of previous payments made for this appeal.

The Clerk shall also serve a copy of this order on the clerk and the financial unit of the district court.

> FOR THE COURT:
> Molly C. Dwyer
> Clerk of Court
>
> Cyntharee K. Powells
> Deputy Clerk

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 10 2014

PRISONER AUTHORIZATION FORM

FILED _____
DOCKETED _____
                    DATE        INITIAL

I, Kyle Robert Cheza, am the Appellant in Kyle Cheza v. Ariadne Symons, et al, docket number 14-16488.

I understand that I am required by statute to pay the full amount of the $505 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10, but that payments will resume when additional deposits are made or funds are otherwise available.

NAME: Kyle Robert Cheza
SIGNATURE: x _____
DOCKET NO.: 14-16488
PRISONER I.D. NO.: LD 6022
PRISON FACILITY: SCI LAUREL HIGHLANDS
ADDRESS: 5706 Glades Pike P.O. Box 631
SOMERSET, PA 15501-0631
DATE: x 8/28/14
28TH Day, August 2014 yr.

message on BACK

Dear Clerks; molly C. Dwyer and Cyntharee K. Powells.
Due to possible transfers or any other situations, I wish to keep my mailing address. P.O. Box ~~3110~~ 3110, Youngsto