**DEPARTMENT OF CORRECTION**
1299 N. Orchard, Suite 110
P.O. Box 83720
Boise, ID 83720-0118

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS



ZIP 83702
02 1W
0001393370 SEP 16 2014
US POSTAGE $000.38
PITNEY BOWES

Attn: Court Clerk
US District Court for Northern Calif., San Francisco
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489