UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KYLE ROBERT CHEZA,

               Plaintiff - Appellant,

   v.

ARIADNE J. SYMONS, Judge,
Superior Court of California, County of
Santa Cruz; et al.,

               Defendants - Appellees.

No. 14-16488

D.C. No. 3:14-cv-02078-VC
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered March 20, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk