**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                  General Court Number
Clerk                                                                           415.522.2000

April 21, 2015

CASE NUMBER:   **CV 14-02078 VC**
CASE TITLE:   **KYLE ROBERT CHEZA -v- ARIADNE J SYMONS**
DATE MANDATE FILED:   4/21/15

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Distribution:   CIVIL          -        Counsel of Record

                        CRIMINAL   -        Counsel of Record
                                                 U.S. Marshal (Copy of Mandate)
                                                 U.S. Probation Office

NDC App-16