**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KYLE ROBERT CHEZA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ARIADNE J. SYMONS, Judge, Superior Court of California, County of Santa Cruz; et al., <br><br> Defendants - Appellees. | No. 14-16488 <br><br> D.C. No. 3:14-cv-02078-VC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:   FARRIS, WARDLAW, and PAEZ, Circuit Judges.

The mandate is recalled for the limited purpose of considering the petition for panel rehearing and petition for rehearing en banc.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

Cheza's petition for panel rehearing and petition for rehearing en banc are denied.

The mandate shall reissue forthwith.

No further filings will be entertained in this closed case.