UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KYLE ROBERT CHEZA,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>ARIADNE J. SYMONS, Judge,<br>Superior Court of California, County of<br>Santa Cruz; et al.,<br><br>　　　　　Defendants - Appellees. | No. 14-16488<br><br>D.C. No. 3:14-cv-02078-VC<br>U.S. District Court for Northern<br>California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered March 20, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　Margoth Turcios
　　　　　　　　　　　　　　　　　Deputy Clerk